Shane E. Olafson (Bar No. 024605)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 262-5327
Fax: (602) 734-3756

Philip L. Hirschhorn (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
Phone: (212) 440 4470
Fax: (212) 440 4401

*Counsel for Plaintiffs Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC,<br><br>Plaintiffs,<br>vs.<br>AX Pharmaceutical Corp.,<br>Defendant. | No. CV-16-2642-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

The undersigned counsel for Plaintiffs Zoetis LLC, Zoetis Services LLC and Zoetis US LLC and Defendant AX Pharmaceutical Corp. respectfully submit this joint Notice to inform the Court that the parties have reached a settlement agreement in principle and anticipate execution of that agreement by the end of next week. The parties will promptly file a Stipulation of Dismissal upon execution of the settlement agreement. In the unlikely event that the settlement agreement is not executed, the parties will promptly inform the Court and reserve the right to seek an extension of the current deadlines associated with expert discovery set forth in the Case Management Order governing this case (*Dkt. 37*).

RESPECTFULLY SUBMITTED this 14th day of July, 2017.

BUCHANAN INGERSOLL & ROONEY PC

By: *s/ Philip L. Hirschhorn*
Philip L. Hirschhorn
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001

Shane E. Olafson
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for Plaintiffs*

FOX ROTHSCHILD LLP

By: *s/ Christopher R. Kinkade with permission*
Christopher R. Kinkade
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648

J. Tarrell Taber
AIKEN SCHENK HAWKINS & RICCIARDI PC
2390 E Camelback Rd., Suite 400
Phoenix, AZ 85016

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

J. Tyrrell Taber – jtt@ashrlaw.com

James J. Kernell – jjk@kcpatentlaw.com

Kyle D. Donnelly – kdd@kcpatentlaw.com

Lena N. Bacani – lbacani@foxrothschild.com

Christopher R. Kinkade – ckinkade@foxrothschild.com

By: _s/Ashly White_