# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zoetis LLC, et al., | No. CV-16-02642-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| AX Pharmaceutical Corporation, | |
| Defendant. | |

The Court has been advised that this case has settled (Doc. 58).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **August 14, 2017** without further leave of Court.

Dated this 14th day of July, 2017.

Honorable G. Murray Snow
United States District Judge