Shane E. Olafson (Bar No. 024605)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 262-5327
Fax: (602) 734-3756

Philip L. Hirschhorn (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
Phone: (212) 440 4470
Fax: (212) 440 4401

*Counsel for Plaintiffs Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AX Pharmaceutical Corp., <br><br> Defendant. | No. CV-16-2642-PHX-GMS <br><br> **STIPULATION OF DISMISSAL** |

WHEREAS, Plaintiffs Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC (collectively, "Zoetis") have accused AX Pharmaceutical Corporation ("AX") of infringement of U.S. Patent No. 8,133,899 ("the '899 patent");

WHEREAS, AX has denied infringement of the '899 patent and does not admit to any wrongdoing but is desirous of resolving this action;

WHEREAS, the parties have reached a negotiated resolution of this action;

NOW, THEREFORE, the parties hereto stipulate as follows:

1. For purposes of this action only, and without admitting any of the relief sought by Zoetis and reserving all rights not expressly waived herein, AX stipulates to infringement of the '899 patent relating to AX's sale of oclacitinib into the United States as alleged in Zoetis' complaint in this action (Dkt. 1).

2. AX and its employees, officers, directors, agents, and all those operating by or on behalf of AX, shall be and are hereby immediately and permanently enjoined from making, using, selling, or offering for sale in the United States or importing into the United States oclacitinib in any form, specifically including oclacitinib maleate and oclacitinib free base, unless and until the '899 patent expires or is declared invalid or unenforceable by a Court or administrative agency of competent jurisdiction, or otherwise agreed to in writing signed by Zoetis and AX.

3. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Zoetis and AX hereby stipulate to a dismissal with prejudice of this action, inclusive of all claims by either party, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED this 14th day of August, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/ Shane E. Olafson*
    Shane E. Olafson
    201 East Washington Street, Suite 1200
    Phoenix, AZ 85004

Philip L. Hirschhorn
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001

*Attorneys for Plaintiffs*

AIKEN SCHENK HAWKINS & RICCIARDI PC

By: *s/ J. Tyrrell Taber with permission*
    J. Tyrrell Taber
    2390 East Camelback Road, Suite 400
    Phoenix, AZ 85016

Christopher R. Kinkade
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

J. Tyrrell Taber – jtt@ashrlaw.com

James J. Kernell – jjk@kcpatentlaw.com

Kyle D. Donnelly – kdd@kcpatentlaw.com

Lena N. Bacani – lbacani@foxrothschild.com

Christopher R. Kinkade – ckinkade@foxrothschild.com

By: *s/Ashly White*